# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| In re<br><br>LIGADO NETWORKS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 25-10006 (TMH)<br><br>(Jointly Administered) |
| AST & SCIENCE LLC and LIGADO NETWORKS LLC,<br><br>Appellants,<br><br>v.<br><br>INMARSAT GLOBAL LIMITED<br><br>Appellee. | Civil Action No. 26-cv-1445<br><br>On Appeal from the United States District Court for the District of Delaware<br><br>Case No. 26-cv-00118 (GBW) |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

AST & Science LLC ("**AST**"), through its undersigned counsel, respectfully seeks leave to file the *Emergency Motion of Appellant AST & Science LLC to Vacate*

*Stay Pending Appeal* (the "**Emergency Motion**"), [1] filed contemporaneously herewith, in excess of the 5,200-word limit imposed by Federal Rule of Appellate Procedure 27(d)(2).

AST's Emergency Motion is 7,216 words in length. Given the complexity of this case, AST requires additional pages to set forth the facts and law necessary for the Court to have a full explanation of the issues and to determine whether to vacate the Stay Pending Appeal. *See, e.g.*, Order, *In re Revel AC, Inc.*, No. 15-1253 (3d Cir. Jan. 30, 2015) (granting Appellant's motion to exceed page limits). Additionally, because AST appeals from an order of the District Court staying a Bankruptcy Court order, the appeal involves two levels of review and proceedings below that AST must explain rather than the one level of review and proceedings below that are typically subject to the 5,200-word motion limit. AST therefore requests additional pages to sufficiently and accurately explain the posture of this appeal in its Emergency Motion.

**WHEREFORE**, AST respectfully requests that the Court grant its motion for leave to exceed the word limit set forth in Federal Rule of Appellate Procedure 27(d)(2), and accept as filed AST's Emergency Motion, submitted on this date.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Emergency Motion.

Dated: February 28, 2026
Wilmington, Delaware

*/s/ Jeremy W. Ryan*
**POTTER ANDERSON & CORROON LLP**
Jeremy W. Ryan (Bar No. 4057)
Katelin A. Morales (Bar No. 6683)
Sameen Rizvi (Bar No. 6902)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      kmorales@potteranderson.com
      srizvi@potteranderson.com

-and-

**FRESHFIELDS US LLP**
Madlyn Gleich Primoff, Esq.
Henry Hutten, Esq.
3 World Trade Center
174 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: madlyn.primoff@freshfields.com
      henry.hutten@freshfields.com

*Counsel for AST & Science LLC*